**Shannon D. SANCHEZ, Respondent,**

v.

**Edgar SANCHEZ, Appellant.**

**No. WD 62108.**

Missouri Court of Appeals,
Western District.

Oct. 14, 2003.

Nancy A. Beardsley, Independence, MO, for Appellant.

John C. Bragg, Blue Springs, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Edgar Sanchez appeals the trial court's judgment dissolving his marriage to Shannon Sanchez, dividing marital assets, awarding custody of and child support for the parties' minor child, and ordering supervised visitation. Mr. Sanchez argues that the trial court erred in (1) ordering supervised visitation and (2) assigning only $800 per month of income to Mrs. Sanchez in its calculation of child support. The judgment of the trial court is affirmed. Rule 84.16(b).